Plantiff
156 Lafayette Blvd Apt G
Williamsburg, VA 23188

Defendant,
Central Intelligence Agency
Washington, D.C 20505

## MK Ultra Experience ~~Witness~~ Statement

- Psychic Driving: Playing a message repeatedly using Kim Baranski voice (police officer)
- Hypnotic Messages: Harassing me until I fall asleep, talking to me while I'm sleep by saying the same things over and over basically programming my subconscious trying to interrogate me and make me consent to Mk ultra the experiment.
- DE patterning by recreating scenarios making the same events happens and take place mostly while I was doing Door Dash which is a food delivery service. Somehow they access my memories or studied me day by day.

The Mk Ultra Experiement started in 2019 in Lafayette Sqaure apartments while I was staying with my mom for a while until I got back on my feet it continued and got worse once I moved to Colonel Waller the harassment was so bad that I ended up leaving Colonel Waller after a year in a half. Which caused me to keep switching from hotel to hotel including Bassett Motel, Americans Inn, and Travelodge in Williamsburg VA.

- LSD: I believed I was dosed multiple times while doing Door Dash by waiting in the restaurant with my car doors unlocked. My drinks and food in the were left unattended, When I was dropping food off at customers residence while the car was left unattended. I also seen people jogging or running with glasses on to hide their identity LSD left me feeling disoriented. I didn't think I was being dosed until I put 2 and 2 together until one night while staying at Travelodge sometime in February I had ordered food from Chick-fil-la in Williamsburg, Va off the road Rochambeau I started having hallucinations and a voice was talking me through the experience.

- I also have picture evidence of the harassment tool where I believed the frequencies were coming from when I stayed in Colonel Waller, I thought the room was just tapped maybe but being it kept making banging noises along with the slamming door sound all night that's how I realized the wires were going inside the walls for a reason to harass me and keep me up for days and nights at a time. If they had a court order when I moved there should have been a subpoena sent to me and the

CLERK US DISTRICT COURT
NEWPORT NEWS, VIRGINIA

2021 MAY 27 P 2: 55

RECEIVED

father of my child who was staying there because both of our names were on the effiency.

- They also make threats and comments on the TV saying things like "they were going to kick in my door, pull me over or the father of my child, names of people who they thought were associated with drugs" and every time I would try to record the things that were being said it would stop that's how I knew my phone was tapped or under surveillance. It got to the point where friends and family members were also being harassed on TV.
- I also believe the CIA and a police officer Kim Baranski are using mind control frequencies in every room I move to also put them in my Grandfathers car and my mother's house to do Mk Ultra on me by repeating my thoughts back to me, arguing with me every day and night in order to brainwash me along with psyching me while I'm driving. I kept asking them to stop and telling them that I don't give them consent and letting them know that they were violating my human rights which is related to the 4th amendment.
- I also went to the Williamsburg Police Department when I got curious to see if I was under any type of investigation and Kim Baranski confirmed that I wasn't I showed her a picture of a car following me and she said they were not police cars so that led me to believe unmarked cars were following me. Being that I kept hearing her voice in every room or efficiency I stayed in made me decide to go back to the police station to have another conversation with her to read her body language and facial reactions but she would never meet with me there was always an excuse that she wasn't there and the next excuse was that she was retired. I happen to see her riding in the official Williamsburg police department car like a day later or the same night and she had a stale face reaction and she just waved and kept going.
- Most of the messages that were played repeatedly were" you're going to jail or rehab because you don't want to be a police informant".
- Everywhere I went or if I go outside police cars would always pass by the sirens from the ambulance or fire trucks would always go off or just random cars which were weird because it was a pattern and even other people thought it to be strange.
- Different people following me everywhere I go whether it's the grocery store, retail stores, friends' houses, or relatives houses along with drones being in the sky watching my every move.

- The excuse that was used was that my memory was gone as if they were looking out for me which wasn't even the case being I still never consented in the first place.
- Interrogating me all day and every day with mind reading frequencies about friends and associates along with having people dress up looking like people me and the father of my child associate with basically programming me to believe they are drug dealers to see what I'm going to think about. This also happened repeatedly while I was doing door dash which is my job I'm self-employed.
- The community knows what's going on even restaurant owners but everyone is scared to speak up or out about what's going on because they are afraid the same thing might happen to them.
- Symptoms from Mk Ultra: Depression, Sleep deprivation, Headaches, loss of concentration, nervousness/anxiety, memory loss from time to time due to the brainwashing

- Experimentation: Illegal mind reading frequencies/ frequency snake IN MY BODY w/o my consent (EVIDENCE PROVIDED). My daughter, father of my child, mother; Grandmother; Grandfather are all being experimented on for years without their consent! I'm demanding surgery along with x-rays of for my whole family and surgery for everything that could be inside me and my families body along with a non disclosure agreement.

- snake Frequencies are also in my vehicle, the father of my child, and grandfathers vehicle w/o our consent along with 2 way windshields I want it out!

- I also have a disc with my brain x-ray on it which I believe is in my body. I'm saving for court, I have multiple chips

- My mom's house is basically a CIA labortory; they have frequencies on the whole building and inside her apartment. They have multiple experiments going on.

- I'm also demanding that the CIA fix my eyesight they basically changed it to snake eyes to go along with the snake experiment. Once again never consented to anything, they keep ~~breaking~~ violating my human rights every day and I'm sick of it. I've wrote 2 complaint letters to the CIA along with web complaints on their website

CONFIDENTIAL

Pat ID: 700909R, Acc#: DX21-00173613 on Apr 16, 2021



CONFIDENTIAL
Pat ID: 700909R, Acc#: DX21-00173612 on Apr 16, 2021





**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
**_____ DIVISION**

Shemita C Elliott
156 Lafayette Blvd Apt G
Williamsburg, VA 23188

_____
Plaintiff(s),

v.

Central Intelligence Agency
Washington , DiC 20505

_____
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of** MK Ultra Experience Complaint
**(Title of Document)**

Sherrita  Elliott
_____
Name of *Pro Se* Party (Print or Type)

Sherrita Elliott
_____
Signature of *Pro Se* Party

Executed on: 05/27/21 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

Sherrita Elliott
_____
(Name of *Pro Se* Party (Print or Type)

Sherrita Elliott
_____
Signature of *Pro Se* Party

Executed on: 05/27/21 (Date)